IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KEVIN BRUCE GLASCO,         } | |
| } | |
|      Plaintiff,             } | |
| } | CIVIL ACTION NO. |
| v.                          } | 05-AR-00902-S |
| } | |
| JEFFERSON COUNTY FAMILY COURT, } | |
| et al.,                     } | |
| } | |
|      Defendants.            } | |

### **MEMORANDUM OPINION**

After Kevin Bruce Glasco was granted leave to proceed *in forma pauperis* by the United States District Court for the Middle District of Tennessee, his above-entitled action was transferred by that court to this court on April 18, 2005, whereupon the clerk of this court undertook to perfect service of process on defendants without this court's having reviewed the complaint for the possibility that it is malicious and/or frivolous.

The court is now prompted to examine the complaint by a motion to dismiss filed on May 24, 2005, by purported defendant, Jefferson County Family Court, a non-entity. It is clear that the complaint fails to state a claim upon which relief can be granted against any of the named defendants, and that the complaint is not susceptible of successful amendment. It is totally devoid of colorable merit, if for no other reason than that the defendants enjoy judicial immunity. Although the court is not prepared to hold that the

complaint is a product of malice by plaintiff, the complaint is facially frivolous and is due to be dismissed for that reason.

A separate order of dismissal will be entered.

DONE this 25th day of May, 2005.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE